This decision was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of non-precedential dispositions. Please also note that this electronic decision may contain computer-generated errors or other deviations from the official paper version filed by the Supreme Court.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CITY OF RIO RANCHO,**

Plaintiff-Appellant,

v.                                                                    **No. A-1-CA-37635**

**REUBEN PREUT,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**George P. Eichwald, District Judge**

Rio Rancho Office of the City Attorney
Gina R. Manfredi
Rio Rancho, NM

for Appellant

Reuben Preut
Rio Rancho, NM

Pro Se Appellee

**MEMORANDUM OPINION**

**VANZI, Judge.**

{1}     Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed and the time for doing so has expired. **REVERSED.**

{2}     **IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Judge**

**WE CONCUR:**

_____
**J. MILES HANISEE, Judge**

_____
**JULIE J. VARGAS, Judge**